## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY J. BUERHLE, | : | |
|     Plaintiff. | : | CIVIL ACTION |
| | : | No. 13-3474 |
|     v. | : | |
| HAHN, et al., | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this _14th__ day of _January_____, 2014, it is **ORDERED** that Trooper Hahn's Motion to Dismiss Complaint (ECF No. 4) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1